CGFI11 (9/19/08)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10−36805−PGH

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Flamingo Isles Corp.
350 South Ocean Blvd., #10B
Boca Raton, FL 33432

EIN: 20−2324752

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCY
## TO AVOID DISMISSAL OF CASE WITHOUT FURTHER NOTICE

The above referenced case was filed on **September 7, 2010** and is deficient for the following reason(s):

A Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" containing imaged signature(s) of the debtor and/or joint debtor was not submitted with the initial petition, or is otherwise deficient as indicated:

**Notice is hereby given to the debtor that the above−noted deficiency(ies) must be corrected on or before September 14, 2010 or the court will dismiss this case without further notice or hearing.**
*NOTE:* **Debtor's attorney or a bankruptcy preparer may not sign on behalf of the debtor any paper requiring the debtor's original signature.**

**Dated: 9/7/10**

**CLERK OF COURT**
By: Hilda Corral
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for Debtor.

# CERTIFICATE OF NOTICE

```
District/off: 113C-9           User: corralh           Page 1 of 1              Date Rcvd: Sep 07, 2010
Case: 10-36805                 Form ID: CGFI11         Total Noticed: 1

The following entities were noticed by first class mail on Sep 09, 2010.
db           +Flamingo Isles Corp.,   350 South Ocean Blvd., #10B,   Boca Raton, FL 33432-6402

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2010**                    **Signature:**    *Joseph Speetjens*